IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION FILE |
| v. | No. 1:22-CR-00092-SCJ-LTW |
| MICHAEL AVERY, | |
| Defendant. | |

## ORDER

The matter is before the Court on the Report and Recommendation ("R&R") by Magistrate Judge Linda T. Walker. Doc. No. [175]. Judge Walker recommended that Defendant's Motion to Suppress (Doc. No. [108]) be denied. Initially, Defendant objected to the R&R. Doc. No. [183]. On April 19, 2024, Defendant filed a notice withdrawing his objections. Doc. No. [234].

The Court has reviewed the R&R for plain error. Finding no error, the Court **ADOPTS** the R&R as the Order and Opinion of this Court.

IT IS SO ORDERED this 22nd day of April, 2024.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE